FILED
IN CLERK'S OFFICE
US DISTRICT COURT
★ APR 17 2013
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
NOT FOR PUBLICATION
----------------------------------------x
LOUIS PERALTE,

        Plaintiff,

        -against-

HSBC BANK USA,

        Defendant.
----------------------------------------x

**MEMORANDUM AND ORDER**

12-CV-6343 (SLT)

TOWNES, United States District Judge:

    Plaintiff Louis Peralte filed this *pro se* action on December 20, 2012, ostensibly under the Civil Rights Act, the Fair Housing Act, and the Equal Credit and Opportunity Act. He has not paid the filing fee. Under 28 U.S.C. § 1914, the filing fee to commence a civil action is $350. Under 28 U.S.C. § 1915, the Court may waive the filing fee upon finding a plaintiff indigent. Plaintiff filed an application to proceed *in forma pauperis*, but the application is incomplete.

    Plaintiff affirms that he has zero income from all sources. The second page of his application is signed, but each question is left blank. Plaintiff has not indicated the amount of money held in bank accounts or the value of any personal or real property.

The Court is unable to determine from plaintiff's incomplete financial declaration whether he is entitled to proceed *in forma pauperis*. Accordingly, the Court directs plaintiff to submit a completed application to proceed *in forma pauperis* within 14 days from the date of this Order or to pay the $350 filing fee to the Clerk of Court of the Eastern District of New York within 14 days from the date of this Order. If Plaintiff fails to submit a Request to Proceed *In Forma Pauperis* application or fails to remit the filing fee within the time allowed, the action shall be dismissed without prejudice.

SO ORDERED.

s/ SLT
/SANDRA L. TOWNES
United States District Judge

Dated: Brooklyn, New York
January 3, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN, NEW YORK 11201

CHAMBERS OF
SANDRA L. TOWNES
DISTRICT JUDGE

OFFICIAL BUSINESS



$00.45

US POSTAGE

Mr. Louis Peralte
144-20 20th Avenue
Flushing, NY 11351

NIXIE          100  4E 1       01 01/17/13
               RETURN TO SENDER
               NO SUCH NUMBER
               UNABLE TO FORWARD
BC: 11201                *1909-04205-10-18

11357304820